```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 36802
    SHARON A WILKE
    CHARLES R WILKE                                 CHAPTER 13

                                                    JUDGE: A BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-8907      SSN XXX-XX-0691

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 11/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  53.06%.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
EMC MORTGAGE CORP          MORTGAGE ARRE    6903.36            .00         6903.36
EMC MORTGAGE CORP          CURRENT MORTG   32072.25            .00        32072.25
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED            .00             .00
ROADLOANS.COM              SECURED          4200.00         370.47         4200.00
CHRIST HOSPITAL            UNSECURED      NOT FILED            .00             .00
ALLIANCE ONE               UNSECURED      NOT FILED            .00             .00
AMERICAN MEDICAL COLLECT   UNSECURED      NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED        2518.38            .00         1336.16
GAS LINE COMFORT GUARD     UNSECURED      NOT FILED            .00             .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED            .00             .00
LLOYD J BLAKEMAN JR DO S   UNSECURED      NOT FILED            .00             .00
MATERNAL FETAL MEDICINE    UNSECURED      NOT FILED            .00             .00
MEDICAL BUSINESS BUREAU    UNSECURED      NOT FILED            .00             .00
MIDWEST ANESTHESIOLOGIST   UNSECURED      NOT FILED            .00             .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED      NOT FILED            .00             .00
NICOR GAS                  UNSECURED         802.37            .00          425.71
OB GYN SOUTHWEST SC        UNSECURED      NOT FILED            .00             .00
OB GYN SOUTHWEST SC        UNSECURED      NOT FILED            .00             .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED            .00             .00
S W PEDIATRICS             UNSECURED         206.00            .00          109.29
SEARS PAYMENT CENTER       UNSECURED      NOT FILED            .00             .00
SOUTHWEST LAB PHYSICIAN    UNSECURED      NOT FILED            .00             .00
UNION PLUS                 UNSECURED      NOT FILED            .00             .00
WILLIAM MCDOWELL           UNSECURED      NOT FILED            .00             .00
WORLDCOM WIRELESS          UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED         750.99            .00          398.44
RESURGENT CAPITAL SERVIC   UNSECURED         251.95            .00          133.68
ECAST SETTLEMENT CORP      UNSECURED        1372.98            .00          728.46
ROADLOANS.COM              UNSECURED OTH    4172.74            .00         1431.32
EMC MORTGAGE CORPORATION   NOTICE ONLY    NOT FILED            .00             .00
TIMOTHY K LIOU             DEBTOR ATTY      1,270.00                       1,270.00
TOM VAUGHN                 TRUSTEE                                         2,829.79

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 36802 SHARON A WILKE & CHARLES R WILKE
```

```
DEBTOR REFUND           REFUND                                          664.07

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                52,873.00

PRIORITY                                            .00
SECURED                                       43,175.61
    INTEREST                                     370.47
UNSECURED                                      4,563.06
ADMINISTRATIVE                                 1,270.00
TRUSTEE COMPENSATION                           2,829.79
DEBTOR REFUND                                    664.07
                       ---------------    ---------------
TOTALS                 52,873.00              52,873.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 04 B 36802 SHARON A WILKE & CHARLES R WILKE